UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>LOUIS CHARLES DICKINSON,<br><br>           Defendant. | Case Number: 8:22-cv-00780-TJH-SPx<br><br>Honorable Terry J. Hatter, Jr<br><br>**ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE  [JS-6]** |

Pursuant to the Stipulation filed by Plaintiff/Counter-Defendant Strike 3 Holdings, LLC, and Defendant/Counter-Plaintiff, Louis Charles Dickinson, the claims and counterclaims in this matter are hereby dismissed with prejudice with each party bearing its own costs.

**IT IS SO ORDERED.**

Date: February 13, 2023

_____
HON. Terry J. Hatter, Jr.
United States District Judge